UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-CR-20859-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL J. GUTIERREZ

    Defendant.                                    /

## ORDER REQUIRING RESPONSE

THIS CAUSE comes before the Court upon the Republic of Trinidad and Tobago's Motion to Compel Defendant Raul J. Gutierrez' Compliance with Order of Restitution (D.E. #641) filed on April 24, 2008. After careful review of the Motion, it is hereby

ORDERED AND ADJUDGED that the Defendant shall file a brief response to the Republic of Trinidad and Tobago's Motion to Compel on or before **Friday, May 16, 2008.** The U.S. Government may respond, if it chooses to do so.

DONE AND ORDERED in Chambers, Miami, Florida, this ___ day of May, 2008.

                                                        Paul C. Huck
                                                        United States District Judge

Copies to:
All Counsel of Record
U.S. Probation