UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 05-CR-20859-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RAUL J. GUTIERREZ,
    Defendant.
_____/

## ORDER GRANTING DEFENDANT, EDWARD H. DAVIS' MOTION FOR ADDITIONAL TIME TO RESPOND TO TRINIDAD AND TOBAGO'S STATUS REPORT

THIS MATTER came before the Court by virtue of the Defendant, Edward H. Davis's Response to the Republic of Trinidad and Tobago's Status Report as t to Its Motion to Compel Defendant Raul J. Gutierrez's Compliance with Order of Restitution and Request to Break Alleged Tenancy by the Entireties (D.E. #670) filed on September 4, 2008 which the Court will treat as a Motion For Additional Time to Respond to Trinidad and Tobago's Status Report. After careful review of the Motion, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion for Additional Time to Respond is GRANTED. The Defendant shall file its response by September 30, 2008.

DONE AND ORDERED in chambers in Miami, Florida this 9 day of September, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record