UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20859-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL J. GUTIERREZ,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on the Republic of Trinidad and Tobago's Request for Judicial Notice to Determine Third-Party Interest in Property Subject to Forfeiture (DE# 747, 7/7/2010).  Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Republic of Trinidad and Tobago's Request for Judicial Notice to Determine Third-Party Interest in Property Subject to Forfeiture (DE# 747, 7/7/2010) is **DENIED without prejudice to renew**.

Local Rule 88.9(a) provides that:

> at the time of filing motions in criminal cases, counsel for the moving party shall file with the Clerk of the Court a statement certifying either: (1) that counsel have conferred in a good faith effort to resolve the issues raised in the motion and have been unable to do so; or (2) that counsel for the moving party has made reasonable effort (which shall be identified with specificity in the statement) to confer with the opposing party but has been unable to do so.

S.D. Fla. L.R. 88.9(a).  The instant motion fails to comply with this rule.  In the future,

counsel shall confer with the opposing side prior to filing any motions.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **12th** day of July, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

United States District Court Judge Huck
All Counsel of Record