UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20859-CR-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL J. GUTIERREZ,

    Defendant.
_____/

## **ORDER**

THIS MATTER comes before the Court on the United States's Motion to Strike Petition of Maritime Life (Caribbean) Ltd. for Lack of Standing (DE# 735, 5/21/10). Having reviewed the applicable filings and the law and having held a hearing on July 20, 2010, it is

ORDERED AND ADJUDGED that the United States's Motion to Strike Petition of Maritime Life (Caribbean) Ltd. for Lack of Standing (DE# 735, 5/21/10) is **DENIED without prejudice to renew** once discovery has been completed. It is further

ORDERED AND ADJUDGED that the parties shall meet and confer on or before **Tuesday, July 27, 2010** to exchange documents and make disclosures pursuant to Local Rule 26.1. The parties shall identify the depositions that need to take place and what documents should be produced. It is further

ORDERED AND ADJUDGED that the parties are permitted to conduct discovery on the issue of standing until and including **Wednesday, November 17, 2010**. It is further

ORDERED AND ADJUDGED that the petitioner shall file a memorandum of law on the standing issue on or before **Friday, December 10, 2010**. Any response shall be filed in accordance with the Local Rules for the Southern District of Florida. It is further

ORDERED AND ADJUDGED that the parties shall abide by the Court's Discovery Procedure (<u>see</u> attached Discovery Procedures).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of July, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DISCOVERY PROCEDURE FOR**
**MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

The following discovery procedures apply to cases assigned to United States District Judge Paul C. Huck.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will set the matter for a hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in the 5th Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3). Generally, no more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.